UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASHLEY DIGGS, | Case No. 22-cv-01285-HSG |
|---|---|
| Plaintiff, | **ORDER REGARDING MOTION TO DISMISS** |
| v. | |
| SECURITAS SECURITIES SERVICES USA, INC., | |
| Defendant. | |

On March 4, 2022, Defendant Securitas Securities Services USA, Inc. filed a motion to dismiss Plaintiff Ashley Diggs' complaint. Dkt. No. 4. Plaintiff did not file a response to the motion by the March 18, 2022, deadline. Instead, Plaintiff filed a late opposition on March 25, 2022. *See* Dkt. No. 15. Plaintiff is cautioned that she must strictly comply with all court deadlines in this case moving forward. However, to ensure an adequate record for the motion to dismiss, the Court will accept her late opposition brief. Defendant is **DIRECTED** to file a reply brief by April 12, 2022. The parties are further **DIRECTED** to meet and confer and re-notice the motion to dismiss and motion to remand to be heard on a single date. All prior hearing dates were vacated by the reassignment order, and the parties were directed to renotice any pending motions consistent with the Court's schedule. *See* Dkt. No. 12. As of the date of this order, however, neither motion has been renoticed. The parties shall renotice their motions by April 12, 2022.

**IT IS SO ORDERED.**

Dated: 4/5/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge